ACCEPTED
01-14-00463-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 3:45:48 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
## FIRST JUDICIAL DISTRICT
## AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/9/2015 3:45:48 PM

CHRISTOPHER A. PRINE
Clerk

### NO. 01-14-00463-CV

### In re Houston Progressive Radiology Associates, PLLC, Rodolfo L. Garcia, and Brandon C. Stroh

### and

### NO. 01-14-00467-CV

### Houston Progressive Radiology Associates, PLLC, et al.

### v.

### Stephen B. Lee, M.D., P.A. et al.

### NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE

Notice is hereby given that Brian M. Keller, **KELLER & ASSOCIATES, P.C.**, 2500 West Loop South, Suite 308, Houston, Texas 77027, is designated as attorney in charge for Appellees Stephen B. Lee, M.D., P.A., a Texas Professional Association, Dean Paul Chauvin, Jr. M.D., P.A., and Michael Nguyen, M.D., in the above-entitled case and requests that service of notices and other documents be made upon him. Mark Ritchie will remain as of counsel.

Respectfully submitted,

**KELLER & ASSOCIATES, P.C.**
By:/s/ *Brian M. Keller*

Brian M. Keller
State Bar No. 00784376
2500 West Loop South, Suite 308
Houston, TX 77027
281.853.9456 Phone
713.600.5804 Facsimile
*bkeller@kellerattorneys.com*

Of Counsel:
Mark Ritchie
**THE RITCHIE LAW FIRM**
2500 West Loop South, Suite 308
Houston, TX 77027
281.853.9456 Main
281.853.9471 Direct
713.600.5804 Facsimile
*mritchie@kellerattorneys.com*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to all counsel of record July 9, 2015.

*Via E-Filing:*
Mr. Jeffrey Potts
Mr. Larry Veselka
Mr. Jarod Stewart
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana, Suite 2300
Houston, Texas 77002
jpotts@skv.com
lveselka@skv.com
jstewart@skv.com

*Via E-Filing:*
Patrick R. Cowlishaw
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
pcowlishaw@jw.com

*Via E-Filing:*
Mr. Paul D. Clote
Law Office of Paul D. Clote
Four Houston Center
1221 Lamar St., Suite 1090
Houston, Texas 77010-3038

*Via E-Filing:*
Fields Alexander
Beck Redden LLP
1221 McKinney Street, Ste. 4500
Houston, Texas 77010
falexander@beckredden.com

*/s/ Brian M. Keller*
Brian M. Keller